# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**TRACI PULWERS, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

v.

                                                    Case No. 3:20-cv-802-J-39JRK

**DAYBREAK SOLAR POWER LLC, a Texas Corporation,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Voluntary Dismissal without Prejudice (Doc. No.18; Stipulation) filed on December 23, 2020. In the Stipulation, the parties state that they agree to the dismissal of this case without prejudice. <u>See</u> Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED without prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 4th day of January, 2021.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record